RECEIVED
DEC 0 7 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| CEDRIC HOLLOWAY | CIVIL ACTION NO. 05-700 |
|---|---|
| VERSUS | JUDGE WALTER |
| WARDEN | MAGISTRATE JUDGE HORNSBY |
| | SECTION P |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 7 day of December, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE